# ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 1 7 2003

LUTHER D. THOMAS, Clerk
By: _____
            Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

GLENDA BERNADETTE ALLEN,                    )
                                             )
    Plaintiff,                              )
                                             )
v.                                           )      Civil Action File No.
                                             )      1:03-CV-0256-RLV
OLYMPUS SERVICING, L.P.;                     )
NATIONSCREDIT FINANCIAL                      )
SERVICES CORPORATION as                      )
successor in interest to Equicredit          )
Corporation of Ga.; RBMG, INC.; and          )
FAIRBANKS CAPITAL CORP.                      )
                                             )

## ANSWER OF RBMG, INC.

COMES NOW, Defendant RBMG, Inc. ("RBMG") and files its Answer to

Plaintiff's Complaint and states as following:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against RBMG upon which relief

may be granted.

## SECOND DEFENSE

Any alleged injury sustained by Plaintiff was caused in whole or in part by

the acts or omissions of persons other than RBMG, over whom RBMG had no

control, or by the superseding intervention of causes outside RBMG's control.

1



### THIRD DEFENSE

Plaintiff has failed to mitigate her damages, and therefore is not entitled to the relief requested.

### FOURTH DEFENSE

The claims asserted by Plaintiff are or may be barred by the doctrine of laches, waiver and/or estoppel.

### FIFTH DEFENSE

RBMG acted in good faith at all times and did not mislead, deceive, misrepresent, or defraud Plaintiff or breach any contract or agreement of any type with respect to Plaintiff.

### SIXTH DEFENSE

To the extent Plaintiff's Complaint includes any claims for negligence against RBMG, and although RBMG expressly denies it was negligent in any way whatsoever, Plaintiff's own negligence contributed to any damages she sustained, and any such damages must be reduced in proportion to the amount of Plaintiff's own negligence.

## SEVENTH DEFENSE

Plaintiff, through the exercise of ordinary care, could have avoided the consequences of the acts or omissions complained of and, therefore, Plaintiff is not entitled to recover against RBMG.

## EIGHTH DEFENSE

Plaintiff has not been damaged, and therefore, Plaintiff may not recover against RBMG.

## NINTH DEFENSE

At all times stated herein, RBMG was operating in compliance with the agreement by and between RBMG and Plaintiff, if any such agreement existed.

Subject to and without waiving any of the above-referenced defenses, RBMG responds to the specifically enumerated paragraphs of Plaintiff's Complaint as follows:

## I. PRELIMINARY STATEMENT

1.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

RBMG denies the allegations contained in Paragraph 3 of Plaintiff's Complaint to the extent it relates to RBMG.

4.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 4 of Plaintiff's Complaint.

## II. JURISDICTION

5.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 6 of Plaintiff's Complaint.

### III. PARTIES

7.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.

For its response to the allegations contained in Paragraph 9 of Plaintiff's Complaint, RBMG admits that it is a corporation and is authorized to do business in Georgia.

10.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 11 of Plaintiff's Complaint.

## IV. STATUTORY STRUCTURE
## A. RESPA

### 12.

As it relates to Paragraph 12 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

### 13.

As it relates to Paragraph 13 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

### 14.

As it relates to Paragraph 14 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

### 15.

As it relates to Paragraph 15 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

### 16.

As it relates to Paragraph 16 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

### 17.

As it relates to Paragraph 17 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

18.

As it relates to Paragraph 18 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

19.

As it relates to Paragraph 19 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

20.

As it relates to Paragraph 20 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

21.

As it relates to Paragraph 21 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

## B. GEORGIA LAW

22.

As it relates to Paragraph 22 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

23.

As it relates to Paragraph 23 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

24.

As it relates to Paragraph 24 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

25.

As it relates to Paragraph 25 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

26.

As it relates to Paragraph 26 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

27.

As it relates to Paragraph 27 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

28.

As it relates to Paragraph 28 of Plaintiff's Complaint, RBMG denies the same on the basis that the statute speaks for itself.

## V. FACTUAL BACKGROUND
## A. MORTGAGE SERVICING

29.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 29 of Plaintiff's Complaint.

8

30.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 31 of Plaintiff's Complaint.

32.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 32 of Plaintiff's Complaint.

33.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 34 of Plaintiff's Complaint.

35.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 36 of Plaintiff's Complaint.

37.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 37 of Plaintiff's Complaint.

38.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 42 of Plaintiff's Complaint.

43.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 43 of Plaintiff's Complaint.

44.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 44 of Plaintiff's Complaint.

45.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 46 of Plaintiff's Complaint.

47.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 33 of Plaintiff's Complaint.

48.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 33 of Plaintiff's Complaint.

49.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 51 of Plaintiff's Complaint.

52.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 53 of Plaintiff's Complaint.

54.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 54 of Plaintiff's Complaint.

55.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 56 of Plaintiff's Complaint.

57.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 57 of Plaintiff's Complaint.

## B.  COLLATERAL DAMAGE

58.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 33 of Plaintiff's Complaint.

59.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 59 of Plaintiff's Complaint.

60.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 60 of Plaintiff's Complaint.

61.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 62 of Plaintiff's Complaint.

63.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 63 of Plaintiff's Complaint.

64.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 64 of Plaintiff's Complaint.

65.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 65 of Plaintiff's Complaint.

66.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 66 of Plaintiff's Complaint.

## VI. CAUSES OF ACTION

### A.  RESPA – SERVICING
### EQUICREDIT, RBMG, OLYMPUS

67.

RBMG denies the allegations contained in Paragraph 67 of Plaintiff's Complaint to the extent it relates to RBMG.

### B.  RESPA – QUALIFIED WRITTEN REQUEST –
### EQUICREDIT, OLYMPUS

68.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 68 of Plaintiff's Complaint.

69.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 69 of Plaintiff's Complaint.

## C.  BREACH OF CONTRACT
## EQUICREDIT, RBMG, OLYMPUS

### 70.

RBMG denies the allegations contained in Paragraph 70 of Plaintiff's

Complaint to the extent it relates to RBMG.

## D.  BREACH OF THE COVENANT OF GOOD FAITH AND FAIR
## DEALING
## EQUICREDIT, RBMG, OLYMPUS

### 71.

RBMG denies the allegations contained in Paragraph 71 of Plaintiff's

Complaint to the extent it relates to RBMG.

## E.  GEORGIA RESIDENTIAL MORTGAGE ACT
## EQUICREDIT, RBMG, OLYMPUS

### 72.

RBMG denies the allegations contained in Paragraph 72 of Plaintiff's

Complaint to the extent it relates to RBMG.

### 73.

RBMG denies the allegations contained in Paragraph 73 of Plaintiff's

Complaint to the extent it relates to RBMG.

## F.  BREACH OF FIDUCIARY DUTY
## EQUICREDIT, RBMG, OLYMPUS

### 74.

RBMG denies the allegations contained in Paragraph 74 of Plaintiff's

Complaint to the extent it relates to RBMG.

## G. NEGLIGENCE
## EQUICREDIT, RBMG, OLYMPUS

### 75.

RBMG denies the allegations contained in Paragraph 75 of Plaintiff's

Complaint to the extent it relates to RBMG.

## H.  ATTORNEYS FEES UNDER STATE LAW
## EQUICREDIT, RBMG, OLYMPUS

### 76.

RBMG denies the allegations contained in Paragraph 76 of Plaintiff's

Complaint to the extent it relates to RBMG.

## I.  CONVERSION
## EQUICREDIT, RBMG, OLYMPUS

### 77.

RBMG denies the allegations contained in Paragraph 77 of Plaintiff's

Complaint to the extent it relates to RBMG.

## J. WRONGFUL FORECLOSURE - OLYMPUS

### 78.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 78 of Plaintiff's Complaint.

## K. PUNITIVE DAMAGES - OLYMPUS

### 79.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 79 of Plaintiff's Complaint.

## L. EQUITABLE AND INJUNCTIVE RELIEF
## OLYMPUS AND FAIRBANKS

### 80.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 79 of Plaintiff's Complaint.

### 81.

RBMG denies the allegations contained in Paragraph 81 of Plaintiff's Complaint to the extent it relates to RBMG.

### 82.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 82 of Plaintiff's Complaint.

83.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 83 of Plaintiff's Complaint.

84.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 84 of Plaintiff's Complaint.

85.

RBMG lacks knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 85 of Plaintiff's Complaint.

## VII. DAMAGES

86.

RBMG denies the allegations contained in Paragraph 86 of Plaintiff's Complaint.

87.

RBMG denies the allegations contained in Paragraph 87 of Plaintiff's Complaint.

88.

RBMG denies the allegations contained in Paragraph 88 of Plaintiff's Complaint to the extent it relates to RBMG.

89.

RBMG denies the allegations contained in Paragraph 89 of Plaintiff's Complaint. to the extent it relates to RBMG.

90.

RBMG denies the allegations contained in Paragraph 90 of Plaintiff's Complaint.

91.

RBMG denies the allegations contained in Paragraph 91 of Plaintiff's Complaint.

92.

RBMG denies the allegations contained in Paragraph 92 of Plaintiff's Complaint.

WHEREFORE, RBMG prays that Plaintiff take nothing for her complaint; for a dismissal of the Complaint against it; and for such other and further relief that the Court deems just and equitable.

This _13th_ day of March, 2003.

Respectfully submitted,

Therese G. Franzén
Georgia Bar No. 492367

3169 Holcomb Bridge Road, Suite 202
Norcross, Georgia  30071-1315
770-248-2885 (Phone)  770-248-2883 (Fax)

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

GLENDA BERNADETTE ALLEN,⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Civil Action File No.
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀1:03-CV-0256-RLV
OLYMPUS SERVICING, L.P.;⠀⠀⠀⠀)
et al.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)

## CERTIFICATE OF SERVICE

⠀⠀⠀⠀I hereby certify that I have this date served counsel of record with a copy of the foregoing Answer of RBMG, Inc. by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Gary Leshaw⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Robert Edward Mulholland
755 Commerce Drive, Suite 800⠀⠀⠀Scott Andrew Wandstrat
Decatur, Georgia 30030⠀⠀⠀⠀⠀⠀⠀Savell & Williams
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀100 Peachtree Street,  Suite 1500
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Atlanta, GA 30303

This ⠀13th⠀ day of March, 2003.

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Respectfully submitted,

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀_____
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Therese G. Franzén
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Georgia Bar No. 492367

Franzén and Salzano, P.C.
3169 Holcomb Bridge Road, Suite 202
Norcross, Georgia  30071-1315
770-248-2885 (Phone) 770-248-2883 (Fax)